UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIN RICKS,<br><br>            Plaintiff,<br><br>   v.<br><br>WARDEN,<br><br>            Defendants. | Case No. 1:22-cv-00133-SKO (PC)<br><br>**ORDER TO SUBMIT NON-PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>(Doc. 11) |

On March 3, 2022, Plaintiff filed a motion to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. (Doc. 11.) Since completing and signing the motion or application for IFP on February 9, 2022, while still incarcerated at North Kern State Prison, however, Plaintiff has submitted a change of address, (Doc. 10), that indicates he has been released from custody and is residing in Fresno, California.

Accordingly, the Court ORDERS:

1. The Clerk's Office shall send Plaintiff an application to proceed *in forma pauperis* for a **non-prisoner**; and,

//
//
//
//

2. **Within 30 days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, pay the $402 filing fee for this action. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **March 4, 2022**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE