UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIN RICKS,<br><br>                Plaintiff,<br><br>        v.<br><br>WARDEN,<br><br>                Defendants. | Case No. 1:22-cv-00133-JLT-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO OBEY COURT ORDERS**<br><br>(Doc. 14) |

Plaintiff Corbin Ricks is a former state prisoner, proceeding *pro se*, who brought this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 10, 2022, the magistrate judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to obey court orders. (Doc. 14.) Specifically, Plaintiff failed to obey an order to complete and submit a non-prisoner application to proceed *in forma pauperis* (Doc. 12) and failed to respond to an order to show cause in writing why the action should not be dismissed for his failure to obey the previous order (Doc. 13). Plaintiff was afforded 14 days within which to file objections to the magistrate's findings and recommendations. (Doc. 14 at 3-4.) More than 14 days have passed, and Plaintiff has not filed objections.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS ORDERED** that:

1. The findings and recommendations issued on May 10, 2022 (Doc. 14) are adopted in full;
2. The action is dismissed for Plaintiff's failure to obey court orders; and,
3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   **May 31, 2022**                                                                 /s/ Jennifer L. Thurston
                                                                                                    UNITED STATES DISTRICT JUDGE